**Order filed March 4, 2014**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00981-CV

————————

**O.C.T.G., L.L.P AND SOJOURN PARTNERS, L.L.C., Appellants**

**V.**

**LAGUNA TUBULAR PRODUCTS CORPORATION AND LTP REAL ESTATE, LLC F/K/A LTD REAL ESTATE, INC., Appellees**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-44749**

## ORDER

On January 9, 2013, this appeal was abated for the trial court to hear evidence and grant appropriate relief, or make findings and recommendations and report them to this court, on the proceeding to enforce the temporary injunction signed October 15, 2013. *See* Tex. R. App. P. 29.4. The trial court's findings and recommendations were filed. The trial court recommended its order be enforced and appellants ordered to comply with its order of October 15, 2013.

Appellees filed a motion with this court for entry of an order adopting the trial court's findings and enforcing the temporary injunction against appellants. Appellants filed a response, to which appellees responded.

We grant appellees' motion to enforce the trial court's order of October 15, 2013, and we order OCTG to comply with the trial court's order immediately. Appellants' motion to stay enforcement for 45 days is denied.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.